Filed 5/19/15  P. v. Johnson CA4/2

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | E062747 |
| v. | (Super.Ct.No. SWF1403249) |
| JAMEY LEE JOHNSON, | OPINION |
| Defendant and Appellant. | |

APPEAL from the Superior Court of Riverside County.  Dennis A. McConaghy, Judge.  (Retired judge of the Riverside Super. Ct. assigned by the Chief Justice pursuant to art. VI, § 6 of the Cal. Const.)  Affirmed.

Erica Gambale, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

# I

## STATEMENT OF THE CASE

On December 5, 2014, a felony complaint charged defendant and appellant Jamey Johnson with manufacturing a controlled substance under Health and Safety Code section 11379.6, subdivision (a) (count 1). The complaint also alleged that defendant had suffered three prior felony convictions, each resulting in a prison term, and that defendant had failed to remain free from prison custody for over a period of five years subsequent to each of these prison terms, pursuant to Penal Code section 667.5, subdivision (b).

On December 11, 2014, defendant pled guilty to count 1. Thereafter, the trial court sentenced defendant to the midterm of five years and ordered him to serve this as a split sentence pursuant to Penal Code section 1170, subdivision (h). Therefore, defendant was ordered to serve the first three years in custody of the Riverside County Jail, and the remaining two years on mandatory supervision.

On January 22, 2015, defendant filed a notice of appeal. Defendant requested a certificate of probable cause; the court granted the request.

# II

## STATEMENT OF FACTS

Defendant admitted that on December 2, 2014, he willfully and unlawfully manufactured, compounded, converted, produced, derived, processed and prepared a controlled substance. Immediately after his guilty plea, defendant was sentenced. At the conclusion of the pronouncement of defendant's sentence, he advised the court that he

had been trying to get "drug help for the last five years from the state." He asked the court for help with his drug addiction. The trial court indicated that rehabilitation is not meant for those convicted of manufacturing.

## III

## ANALYSIS

After defendant appealed, and upon his request, this court appointed counsel to represent him. Counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738 setting forth a statement of the case, a summary of the facts, and potential arguable issues, and requesting this court to undertake a review of the entire record.

We offered defendant an opportunity to file a personal supplemental brief, but he has not done so. Pursuant to the mandate of *People v. Kelly* (2006) 40 Cal.4th 106, we have conducted an independent review of the record and find no arguable issues.

# IV

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

McKINSTER
Acting P. J.

We concur:

KING
J.

MILLER
J.

4